# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 30, 2010

No. 09-10977

Lyle W. Cayce
Clerk

RADER & CAMPBELL, a Professional Corporation; DONOVAN CAMPBELL, JR.; MCCORD WILSON,

Plaintiffs – Appellees

v.

SUZANNE COATES,

Defendant – Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:08-CV-1844

Before REAVLEY, WIENER, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5th Cir. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.